FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0416

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 21-0416

_____

**JESS ROMO, et al.,**

      Plaintiffs/Appellees,

**v.**

**USA BIOFUELS, LLC**, Utah Limited Liability Corporation; **VITALITY HEALTH, LLC**; **EUREKA 93, INC.**; **GREG RANGER**; **DAVID RENDIMONTI**; **COREY SHIRLEY**; **OWEN KENNEY**; **ROBERT LEAKER**; **SEAN POLI**; **STEPHEN ARCHAMBEAULT**; **KENT HOGGAN**; **VITALITY CBD NATURAL HEALTH PRODUCTS, INC.**; **SURETY LAND DEVELOPMENT, LLC**, Utah Limited Liability Corporation; and **JOHN DOES 11-15**,

      Defendants/Appellants.

_____

## ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF
_____

Upon motion of the Defendants/Appellants through their counsel, Plaintiffs/Appellees having no objection thereto, and pursuant to Rule 26(1), Mont. R. App. P.:

IT IS HEREBY ORDERED that Defendants/Appellants are granted an

additional 30-day extension until May 9, 2022, in which to prepare, file, and serve

their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 7 2022